# United States Pretrial Services

United States District Court
Central District of California



George M. Walker
Chief U.S. Pretrial Services Officer

Jill F. McClain
Deputy Chief U.S. Pretrial Services Officer

P#4446523

PASSPORT RECEIPT

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 4 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Defendant's name: Shih, Yi-Chi

Name on passport, if different:

Country of origin: Republic of China

Date passport issued: July 20, 2016

Expiration date of passport: July 20, 2026

Ordered by court in the Central District of California or (district)

Docket Number: 0973 2:18-00097M-1

Surrendered by and date (print and sign): X   JAMES SPERTUS   [signature]

Date: 1-24-2018

Received by and date (print and sign): Ninetta Smith, Clerk 1/24/2018
[signature] 1/24/2018

Returned to and date (print and sign):

Returned by and date (print and sign):

Purpose returned:

Address (if mailed):

CAC PSA 41 10/5/17

Headquarters
Edward R. Roybal Federal Building
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-3326
213-894-5568 / FAX 213-894-8892

Riverside Branch
George E. Brown, Jr. Courthouse
3470 Twelfth Street, Room 161
Riverside, CA 92501
951-328-4490 / FAX 951-328-4489

Santa Ana Branch
Ronald Reagan Federal Building
411 West Fourth Street, Room 4070
Santa Ana, CA 92701-4596
714-338-4550 / FAX 714-338-4570