**SPERTUS LANDES & UMHOFER LLP**

1990 South Bundy Drive, Suite 705
Los Angeles, CA 90025
P 310.826.4700  F 310.826.4711

617 West 7th Street, Suite 200
Los Angeles, CA 90017
P 213.205.6520  F 213.205.6521

www.spertuslaw.com

April 1, 2019

Judith A. Heinz
Melanie Sartoris
Khaldoun Shobaki
William Rollins
James Hughes
United States Attorney's Office
312 North Spring Street
Los Angeles, California 90012

**Via e-mail**

Re:   *United States v. Shih, et al*, Case No. CR18-00050-JAK

Dear Counsel:

We write concerning numerous deficiencies with respect to the government's preliminary exhibit list and document productions to date.

*Missing Load File Productions*

To date, it appears that the government still has not produced Relativity load files corresponding to the following productions:

- 12/4/2018 production
- 12/6/2018 production
- 12/10/2018 production
- 12/19/2018 production
- 2/5/2019 production
- 2/6/2019 production
- 2/7/2019 production
- 2/8/2019 production
- 2/13/2019 production
- 2/14/2019 production
- 3/14/2019 production



April 1, 2019
Page 2 of 10

To the extent these load files have been produced, please identify them by Bates range. Otherwise, please produce the load files as soon as possible and no later than April 8, 2019.

*Missing Witness Interview Documentation*

As noted in our March 6, 2019 letter, it is clear that the defense has not received documentation of all of the witness interviews conducted to date. Purely by way of example, the government still has not produced transcripts for interviews conducted with Kris Kong, Jessie Lu, Darren Goshi, Tatsuo Itoh, or Mark Xu. Nor has the government produced contemporaneous notes of statements of trial witnesses, despite authority indicating that they clearly are discoverable to the extent they are substantially verbatim accounts of the witness's statements. *See, e.g., United States v. Scotti*, 47 F.3d 1237, 1249 (2d Cir. 1995) (quoting *Palermo v. United States*, 360 U.S. 343, 351 (1959), in stating that notes are substantially verbatim if they "could fairly be deemed to reflect fully and without distortion what had been said to the government agent"); *United States v. Rewald*, 889 F.2d 836, 868 (9th Cir. 1989) (holding court erred in determining only whether statements were adopted by witness, without also determining whether the statements were substantially verbatim representations of the witness interview). Please provide all documentation (in whatever form, including recordings, transcripts, agent notes, text/e-mail messages, and memoranda written by agents and investigators) of witness interviews conducted to date by April 8, 2019. In addition, please provide documentation of future witness interviews on an expedited and rolling basis moving forward.

*Errors in Government's Preliminary Exhibit List*

Trial is now only a month away, and the government has not provided an updated version of its preliminary exhibit list in over six weeks. Please do so as soon as possible and no later than April 8, 2019. In order to permit the defense to review the updated list in an efficient manner, please clearly indicate any additions to the exhibit list, such as by highlighting the additions in yellow or adding them in a new tab. Please also clearly identify any deletions from the exhibit list.

In addition, we have identified what appear to be 69 errors in the government's preliminary exhibit list. Please provide responses to each of the following inquiries concerning these errors:

1. The description of line 1 reads "wafer #93BG2GM1," but the Bates range identified refers to a test summary. Please confirm whether this exhibit entry is intended to refer to the wafer itself or the test summary.

2. Please confirm that the Bates range of the document identified as "3/19/2013/8;22:40am e-mail from Barner to Mai attaching standard foundry terms" is USAO_SHIH_01545274-286.

SPERTUS
LANDES &
UMHOFER
LLP

April 1, 2019
Page 3 of 10

3. Please confirm that the description of document "5/8/2013/1:31:02pm from Mai to Fritz regarding document" should instead read "from Fritz to Mai."

4. Please confirm that the Bates range for document "3/20/2014 e-mail/5:26:50pm Mai to Barner re process design kit agreement" is USAO_SHIH_01545621-25.

5. Please confirm that the description of document "4/17/2014 e-mail/7:37:44am Barner to Mai re Wafer run quotation" should instead read "Mai to Barner."

6. Please confirm that the Bates range for document "2/21/2006 email Yaping Chen (ypc@dingitna.com.cn) to YiChiShih re Lilie Chen's bank account information" is USAO_SHIH_00267241.

7. Please confirm that the description of document "2/6/2008 email about Lilie Chen's shipments for YiChiShih" should instead read "2/5/2008 email about Lilie Chen's shipments for YiChiShih."

8. Please confirm that the description of document "3/25/2008 ypc208@hotmail.com email" should instead read "3/24/2008 ypc208@hotmail.com email."

9. Please identify the correct Bates range for document "8/31/2009 YiChiShih & Yaping Chen re shipping to South Korea." The document produced at USAO_SHIH_00199588 does not appear to contain any reference to South Korea.

10. Please identify the correct Bates range for document "12/1/2009 e-mail re wafers shipped from Northern California to China." The document produced at USAO_SHIH_00270435 appears to discuss a shipment to San Jose, California.

11. Please confirm that the description of document "12/8/2009 email Shih tells Lilie Chen package containing circuits was sent to Lilie Chen's mother" should instead read "12/7/2009 email Shih tells Lilie Chen package containing circuits was sent to Lilie Chen's mother."

12. Please confirm that the description of document "12/10/2009 email re test results" should read "12/9/2009 email re test results."

SPERTUS
LANDES &
UMHOFER
LLP

April 1, 2019
Page 4 of 10

13. Please confirm that the description of document "12/24/2009 email re GaAs wafer" should instead read "12/23/2009 email re GaAs wafer."

14. Please confirm that the description of document "2/9/2010 email re: 10-20 gigahertz applications" should instead read "2/8/2010 email re: 10-20 gigahertz applications."

15. Please confirm that the description of document "3/22/2010 email re technical modifications/updates from Yi-Chi to Lilie Chen" should instead read "from Lilie Chen to Yi-Chi."

16. Please confirm that the description of document "3/23/2010 email re technical modifications/updates from YiChiShih Shih to Lilie Chen" should instead read "3/22/2010 email re technical modifications/updates from YiChiShih Shih to Lilie Chen."

17. Please confirm that the description of document "4/20/2010 email re: Strategy Analytic marketing reports on GaAs market" should instead read "4/19/2010."

18. Please confirm that the description of document "5/11/2010 email re: Dr. Huang Hua – candidate to go to McGill to work with Ishiang" should instead read "5/10/2010."

19. Please confirm that the description of document "5/2/2013 email from YiChiShih to Lilie Chen re: wafer testing" should instead read "5/1/2013."

20. Please confirm that the description of document "3/19/2014 email Jiansu Pu to YiChiShih, Yuan Ye, Qiang Xu re WIN & Cree devices" should instead read "5/19/2014."

21. Please confirm that the description of document "12/31/2014 email from YiChiShih to Gao & Xin about a revised proposal to establish GaStone Technology to be a strong foundry like WIN or Triquint; proposal is attached" should instead read "12/30/2014."

22. Please identify the correct Bates number for the document(s) identified as "1/6-12/2016 emails between YiChiShih & Nen-Wu Gao (JieRu Deng is cc'd) about compensation owed to Shih after his duties were changed in Spring 2014." The Bates number provided on the exhibit list appears to be missing a digit.

SPERTUS
LANDES &
UMHOFER
LLP

April 1, 2019
Page 5 of 10

23. The attachment to document "5/14/2006 email YiChiShih & Fei Ye re Triquint parts 4516 & 4517" appears corrupted. Please produce a fresh PDF version of the attachment to this exhibit.

24. Please confirm that the Bates range for document "6/28/2006 email from YiChiShih to Fei Ye with attachment titled 'Development of MMIC Power Amplifier Chipset' begins at USAO_SHIH_01239923.

25. Please confirm that the description for document "9/3/2008 email YiChiShih & Fei Ye re payment to JYS" should instead read "9/2/2008."

26. Please confirm that the description for document "12/31/2008 email YiChiShih & Jack Wu re tell Canadian customs the wafers are samples" should instead read "12/30/2008."

27. Please confirm that the description for document "1/20/2009 email YiChiShih & Fei Ye re using live-share to exchange files" should instead read "1/19/2009."

28. Please confirm that the Bates range for document "8/27/2009 email YiChiShih & Fei Ye re travel and meeting Yaping Chen at Dingtian" begins at USAO_SHIH_00985896.

29. Please confirm that the description for document "12/4/2009 email YiChiShih & Fei Ye re directions for giving MMIC to person in hotel" should instead read "12/3/2009."

30. Please identify the correct Bates range for document "11/8/2010 email 'Steve' tells YiChiShih & Ishiang the steppers need export permit." The Bates number provided on the exhibit list appears to be missing a digit.

31. Please confirm that the description for document "5/30/2012 e-mail from Ishiang to YiChiShih transmitting 5/30/2012 PP re GaN MMIC development" should instead read "5/29/2012."

32. Please confirm that the description for document "8/8/2012 email YiChiShih & Fei Ye re specs for main reflector & polarizer" should instead read "8/7/2012."

SPERTUS
LANDES &
UMHOFER
LLP

April 1, 2019
Page 6 of 10

33. Please confirm that the Bates range for document "8/15/2013/9:09:02am e-mail from YiChiShih to Mai" is USAO_SHIH_01011581.

34. Please confirm that the description for document "8/16/2013/9:34:48pm e-mail from YiChiShih to Mai" should instead read "from Mai to YiChiShih."

35. Please confirm that the description for document "8/16/2013/9:29:27pm e-mail from Mai to YiChiShih" should instead read "8/19/2013."

36. Please confirm that the Bates range for document "9/6/2013 e-mail from Mai to YiChiShih sending MicroEx invoice for PLP-1301" is USAO_SHIH_00982206.

37. Please confirm that the description of document "3/25/2014 email from YiChiShih to April Shih attaching payment for Lilie Chen" should read "attaching invoice for Lilie Chen."

38. Please confirm that the description of document(s) "2/20-3/23/2015 emails between Mai & YiChiShih discussing the Cree wafers; YiChiShih asks Kiet to contact April to pick up the package; Mai advises he left messages for April when the wafers arrived" should instead read "3/9-3/23."

39. Please confirm that the description of document "3/25/2015 email Mai to Ishiang, cc'ing YiChiShih, w/ final invoice for Cree wafers" should instead read "3/23/2015."

40. Please confirm that the description of document "4/30/15 e-mail w/ Ishiang & Yi-Chi's CVs" should instead read "4/29/15."

41. Please confirm that the description of document "4/12/2011 email from Judy Chen providing payment to Lilie Chen" should instead read "4/11/2011."

42. Please confirm that the Bates range for document "7/3/2006 Pullman Lane business documentation; articles of organizational operating agreement; minutes; etc." begins at USAO_SHIH_00855600.

43. Please confirm that the Bates range for document "6/19/2006 proposed sale of MMCOMM to Honeywell letter" is USAO_SHIH_00857694-694.

SPERTUS
LANDES &
UMHOFER
LLP

April 1, 2019
Page 7 of 10

44. Please confirm that the Bates range for document "YiChiShih visa application for PRC" is USAO_SHIH_00866691-696.

45. Please identify the correct Bates ranges for the two documents described as "7/3/2012 Digikey packing slip." The documents produced at Bates ranges USAO_SHIH_00853736 and USAO_SHIH_00853738 do not refer to Digikey.

46. Please identify the correct Bates range for document "TD Canada Trust, deposit account history and debit memo for account number ending in 6595." The Bates number provided on the exhibit list appears to contain an extra digit.

47. Please identify the correct Bates range for document "ChinaTrust Bank check #1131, drawn on Pullman Lane, dated 12/11/2013, payable to MicroEx Engineering, in the amount of $69,000, for PLP-1303." The Bates number provided on the exhibit list corresponds to a $180 check that states on its face that it was for "violin lessons."

48. Please confirm that the Bates range for document "ChinaTrust Bank check #1042, drawn on Pullman Lane account number ending 1866, dated 04/11/2011 payable to The Regents of the University of California" is YC_SHIH_00012380.

49. Please confirm that the Bates range for document "ChinaTrust Bank check #1119, drawn on Pullman Lane account number ending 1866, dated 12/29/2013 payable to The Regents of the Univ. of California" is YC_SHIH_00012508.

50. Please confirm that the Bates range for document "FedEx record of shipment of one package on 12/26/2013 from Cree, Inc. to Kiet Mai MicroEx Engineering, 991 Francisco Street, Torrance, CA, tracking number 570992131317, delivered on 12/27/2013" is USAO_SHIH_00037241.

51. Please confirm that the Bates range for document "UPS/iShip record of shipment of one package, containing a 'glass sample for ishiang shih,' shipped on 4/6/2015, tracking number 1Z054V7A6807770093, by April Shih to Ishiang Shih" is USAO_SHIH_01548718-20.

SPERTUS
LANDES &
UMHOFER
LLP

April 1, 2019
Page 8 of 10

52. Please identify the correct Bates range for document "FedEx shipment record showed that package was sent from Freeport to Oclaro on 06/14/2013 with FedEx tracking number 539758086725 delivered 06/17/2013." The document produced at USAO_SHIH_00037437 is dated 03/01/2013.

53. Please identify the correct Bates range for document "MeiMei Global Express records showed Eric Lin sent package by DHL airway bill number 9700821270 to SDV Hong Kong on 10/30/2013 declared as six glass samples valued at $1200." The document produced at Bates range USAO_SHIH_00037447-52 does not reference MeiMei Global Express.

54. Please confirm that the description of document "FedEx shipping record showed shipment sent from Freeport to Oclaro on 05/09/2014 with FedEx tracking number 539758093999 delivered 05/12/2014" should instead read "tracking number 539758083597."

55. Please confirm that the Bates range of document "2/23/2006 email from Jesse Lu to augar w/ Yaping Chen cc'd re: TH2716 (TL1276)" is USAO_SHIH_01812043-47.

56. Please produce PDF copies of the attachments referenced in the entry for document "Users/Yichi/Documents/Outlook 文件/R20150817.pst/R20150817/个人文件夹的最上层/已发送邮件/答复: GaN Reticle1 and GaN Reticle2." The attachments appear to have been produced in a non-standard file format.

57. Please identify the correct Bates range for document "92920013 email from YiChiShih to Yuanyuan Li (in English)." The Bates number provided on the exhibit list appears to be missing a digit.

58. Please confirm that the Bates range for the English-language translation of documents "Re_ 答复_ GaN Reticle2 修改 20131008_4pages.doc" and "答复_ GaN Reticle2 修改 20131008_4pages.doc" is USAO_SHIH_01940205-209.

59. Please confirm that the government has identified the correct Bates range for document "GaN Reticle 说明 20131008_1page.pptx." The document does not appear to contain any text that would require translation, but the government's exhibit list indicates that an English-language translation has been provided.

SPERTUS
LANDES &
UMHOFER
LLP

April 1, 2019
Page 9 of 10

60. Please confirm that the Bates range for document "eStatement20131209 – Standard Chartered bank statement for monthly period ending 12/9/2013" is USAO_SHIH_01791294-97.

61. Please identify the correct Bates range for document "eStatement160713134044613867251 – Standard Chartered bank statement for monthly period ending July 2016." The document produced at USAO_SHIH_01792356-58 is dated February 9, 2012.

62. Please identify the correct Bates range for document "Ins2014209s – Memo from SHIH instructing Coutts bankers regarding the investment of approximately $400K in assets." The document produced at USAO_SHIH_01791778 does not appear to reference "approximately $400K in assets."

63. Please confirm that the description of document "Excel spreadsheet containing balance of Coutts Account as of April 2015" should instead read "as of June 2015."

64. Please confirm that the description of document "1/16/2013, email forwarded from Yuan Ye to Lilie Chen in which Cree says it cannot provide bare die to UCLA without an NDA" should instead read "1/11/2013."

65. Please confirm that the Bates range of document "1349246_Cree Xband 20W_7pages.pptx" is USAO_SHIH_01935625-631.

66. Please confirm that the Bates range of the English-language translation of document "1349246_Cree Xband 20W_7pages.pptx" is USAO_SHIH_01935632-639.

67. Please confirm that the Bates range for the "Certified Visa records for Yaping Chen" is YC_SHIH_00011462-474.

68. Please confirm that the Bates range for the "Certified Visa records for Ye Yuan" is YC_SHIH_00011441-461.

69. Please confirm that the Bates range for the "Certified Visa records for Jieru Deng" is YC_SHIH_00011432-440.



April 1, 2019
Page 10 of 10

In addition to these errors, it appears that the government has removed from the February 15, 2019 version of the exhibit list two documents that previously appeared on an earlier version of the list: "11/19/2010 email Yaping Chen & YiChiShih, Bates#00141158" and "11/26/2013 email YiChiShih & Ishiang; Bates#00959665-814."  Please confirm whether these deletions were intentional and whether the government still intends to introduce these documents as exhibits at trial.  Finally, please identify the Bates ranges for the four English-language translation documents for which Bates ranges still appear as "TBD" on the preliminary exhibit list.

      Thank you in advance for your assistance.  Please let me know if you have any questions.

          Sincerely,

          *Christa Culver Wasserman*

          Christa L. Culver Wasserman
          Counsel for Dr. Shih