SPERTUS, LANDES & UMHOFER, LLP
James W. Spertus (SBN 159825)
John Hanusz (SBN 277367)
Christa L. Culver Wasserman (SBN 289128)
1990 South Bundy Drive, Suite 705
Los Angeles, California 90025
Telephone: (310) 826-4700
Facsimile: (310) 826-4711
jspertus@spertuslaw.com
jhanusz@spertuslaw.com
cwasserman@spertuslaw.com

Attorneys for Defendant
YI-CHI SHIH, PH.D.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YI-CHI SHIH, PH.D.,<br>ISHIANG SHIH, PH.D., and<br>KIET MAI,<br><br>　　　　　Defendants. | Case No. CR 18-00050-JAK<br><br>**NOTICE OF LODGING OF DEFENSE OBJECTIONS TO GOVERNMENT EXHIBITS** |

**DEFENSE OBJECTIONS TO GOVERNMENT EXHIBITS**

Yi-Chi Shih, Ph.D., by and through counsel of record, hereby lodges his objections to the government's proposed trial exhibits. Per the Court's order (Dkt. No. 422), Dr. Shih's objections are attached here as Ex. A (objections by exhibit number) and Ex. B (grouped objections). Electronic versions of these lists and the underlying exhibits have been provided to the Court on this date.

Dated: May 10, 2019          SPERTUS, LANDES & UMHOFER, LLP

                             By:   /S James W. Spertus
                                   James W. Spertus
                                   John Hanusz
                                   Christa L. Culver Wasserman

                                   Attorneys for Yi-Chi Shih, Ph.D.