NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Litigation Counsel, National Security Division
JAMES C. HUGHES (Cal. Bar No. 263878)
Assistant United States Attorney
Tax Division
MELANIE SARTORIS (Cal. Bar No. 217560)
WILLIAM M. ROLLINS (Cal. Bar No. 287007)
Assistant United States Attorneys
Terrorism and Export Crimes Section
KHALDOUN SHOBAKI (Cal. Bar No. 232864)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:     (213) 894-7280/4961/5615/7407/0759
     Facsimile:     (213) 894-2927
     E-mail:    judith.heinz@usdoj.gov
                james.hughes@usdoj.gov
                melanie.sartoris@usdoj.gov
                william.rollins@usdoj.gov
                khaldoun.shobaki@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>              v.<br><br>YI-CHI SHIH, et al.,<br><br>          Defendants. | No. CR 18-50(B)-JAK<br><br>**STIPULATION REGARDING DEFENDANT YI-CHI SHIH'S E-MAIL ACCOUNTS**<br><br>Trial Date:  May 15, 2019<br>Trial Time:  9:00 a.m.<br>Location:    Courtroom of the Hon.<br>             John A. Kronstadt |

     Plaintiff United States of America, by and through its counsel
of record, the United States Attorney for the Central District of
California and Assistant United States Attorneys Judith A. Heinz,

James C. Hughes, William M. Rollins, Melanie Sartoris, and Khaldoun Shobaki, and defendant Yi-Chi Shih, individually and by and through his counsel of record, James W. Spertus, John Hanusz, and Christa L. Culver Wasserman, hereby stipulate as follows:

Defendant Yi-Chi Shih was the subscriber and the user of the following e-mail accounts:

yichishih@gmail.com

yichishih@hotmail.com

yichishih@yahoo.com

shibsh@rml138.com

\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\

1

2  Pursuant to this stipulation, the parties agree that any and all

3 e-mails sent from, or received at, these email accounts may be

4 admitted into evidence, subject to non-foundational objections, i.e.,

5 all objections other than authentication, identification, and chain

6 of custody.

7  IT IS SO STIPULATED.

8 Dated: _MAY 15_ , 2019  Respectfully submitted,

9        NICOLA T. HANNA
         United States Attorney
10

11        PATRICK R. FITZGERALD
         Assistant United States Attorney
         Chief, National Security Division
12

13

        _____
14        JUDITH A. HEINZ
         JAMES C. HUGHES
15        WILLIAM M. ROLLINS
         MELANIE SARTORIS
         KHALDOUN SHOBAKI
16        Assistant United States Attorneys

17        Attorneys for Plaintiff
         UNITED STATES OF AMERICA
18

19 Dated: _May 15_ , 2019

20        _____
         YI-CHI SHIH
21        Defendant

22 Dated: _MAY 15_ , 2019

23

        _____
24        JAMES W. SPERTUS
         JOHN HANUSZ
25        CHRISTA L. CULVER WASSERMAN
         Spertus, Landes & Umhofer, LLP

26        Attorneys for Defendant
         YI-CHI SHIH
27

28