```
NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Litigation Counsel, National Security Division
JAMES C. HUGHES (Cal. Bar No. 263878)
Assistant United States Attorney
Tax Division
MELANIE SARTORIS (Cal. Bar No. 217560)
WILLIAM M. ROLLINS (Cal. Bar No. 287007)
Assistant United States Attorneys
Terrorism and Export Crimes Section
KHALDOUN SHOBAKI (Cal. Bar No. 232864)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:    (213) 894-7280/4961/5615/7407/0759
     Facsimile:    (213) 894-2927
     E-mail:   judith.heinz@usdoj.gov
               james.hughes@usdoj.gov
               melanie.sartoris@usdoj.gov
               william.rollins@usdoj.gov
               khaldoun.shobaki@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-50(B)-JAK |
|---|---|
| Plaintiff, | **STIPULATION REGARDING DEFENDANT YI-CHI SHIH'S DIGITAL DEVICES** |
| v. | Trial Date: May 15, 2019 |
| YI-CHI SHIH, et al., | Trial Time: 9:00 a.m. |
| Defendants. | Location: Courtroom of the Hon. John A. Kronstadt |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Judith A. Heinz,

1  James C. Hughes, William M. Rollins, Melanie Sartoris, and Khaldoun
2  Shobaki, and defendant Yi-Chi Shih, individually and by and through
3  his counsel of record, James W. Spertus, John Hanusz, and Christa L.
4  Culver Wasserman, hereby stipulate as follows:
5     Defendant Yi-Chi Shih was the owner and user of the following
6  digital devices:
7     (1) A Toshiba Satellite Laptop (Serial #YP154789C), further
8         identified as FBI Item 1B68, ORC028239, 18-006-03A;
9     (2) A Seagate/FreeAgent Go Flex hard drive, further identified
10        as FBI Item 1B68, ORC028240, 18-006-03A_1;
11    (3) Kingston thumb drive, further identified as FBI Item 1B68,
12        ORC028241, 18-006-03A_2;
13    (4) Miscellaneous thumb drive, further identified as FBI Item
14        1B68, ORC028242, 18-006-03A_3;
15    (5) A Sony PCV-RX660, further identified as FBI Item 1B74,
16        ORC028246, 18-006-03A_6;
17    (6) A Dell Inspiron 530S tower computer, further identified as
18        FBI Item 1B70, ORC028247, 18-006-03A_7;
19    (7) A Compaq Presario desktop tower computer, further
20        identified as FBI Item 1B73, ORC028248, 18-006-03A_8;
21    (8) An Ultra tower computer, further identified as FBI Item
22        1B67, ORC02850, 18-006-03A_10; and
23    (9) An Iomega external hard drive, further identified as FBI
24        Item 1B67, ORC028251, 18-006-03A_11.
25    Pursuant to this stipulation, the parties agree that any and all
26  electronic files and documents found on the above devices may be
27  admitted into evidence, subject to non-foundational objections, i.e.,
28

```
 1  all objections other than authentication, identification, and chain
 2  of custody.
 3       IT IS SO STIPULATED.
 4  Dated: MAY 16, 2019        Respectfully submitted,

                               NICOLA T. HANNA
                               United States Attorney

                               PATRICK R. FITZGERALD
                               Assistant United States Attorney
                               Chief, National Security Division


                               /s/ Judith A. Heinz
                               JUDITH A. HEINZ
                               JAMES C. HUGHES
                               WILLIAM M. ROLLINS
                               MELANIE SARTORIS
                               KHALDOUN SHOBAKI
                               Assistant United States Attorneys

                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA


    Dated: May 16, 2019
                               /s/
                               YI-CHI SHIH
                               Defendant

    Dated: MAY 16, 2019
                               /s/
                               JAMES W. SPERTUS
                               JOHN HANUSZ
                               CHRISTA L. CULVER WASSERMAN
                               Spertus, Landes & Umhofer, LLP

                               Attorneys for Defendant
                               YI-CHI SHIH
```

3