# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | LA CR18-00050(B) JAK | Date | May 16, 2019 |
| Present: The Honorable | John A. Kronstadt, United States District Judge | | |
| Interpreter | N/A | | |

| Andrea Keifer | Alex Joko (first) / Cindy Nirenberg (second) | Melanie A. H. Sartoris; Judith A. Heinz; Khaldoun Shobaki; William Rollins; James C. Hughes |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Yi-Chi Shih | | X | X | James W. Spertus; John Hanusz; Christa L. Wasserman (Culver) | X | | X |

____ Day COURT TRIAL     2nd Day JURY TRIAL     ____ Death Penalty Phase

____ One day trial;   ____ Begun (1st day);   X Held & continued;   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

X   Opening statements made   by the Government and Defendant

X   Witnesses called, sworn and testified.

X   Exhibits identified    X  Exhibits admitted

____ Government rests.   ____ Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted

____ Closing arguments made    ____ Court instructs jury    ____ Bailiff sworn

____ Clerk  reviewed  admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

____ Alternates excused   ____ Jury retires to deliberate   ____ Jury resumes deliberations

____ Finding by Court as follows:   ____ Jury Verdict as follows:

Dft # ____  Guilty on count(s) ____     Not Guilty on count(s) ____

____ Jury polled   ____ Polling waived

____ Filed Witness & Exhibit lists   ____ Filed Jury notes   ____ Filed Jury Instructions   ____ Filed Jury Verdict

____ Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

____ Dft # ____ remanded to custody.   ____ Remand/Release ____ issd.   Dft # ____ released from custody.

____ Bond exonerated as to Dft # ____

X   Case continued to   May 17, 2019 at 8:30 am   for further trial/further jury deliberation.

X   Other:   The Court confers with counsel regarding Alternate Juror Marc B (Juror 204261479). The Court has been informed that he has a flat tire and will be considerably late. The Court takes a recess so that the Clerk can contact Marc B to get more information. The hearing resumes. The Court reports that the contact was not able to be made with Marc B. Counsel confer to determine how they wish to proceed. Counsel agree that they will proceed without

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

Marc B. Accordingly, the Court excuses Marc B.

**IT IS SO ORDERED.**

cc: Jury Department

                                                     4 : 05

Initials of Deputy Clerk    ak