# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | LA CR18-00050(B) JAK |
| Date | June 26, 2019 |
| Present: The Honorable | George Wu, United States District Judge |
| Interpreter | N/A |

| Andrea Keifer | Lisa Gonzalez | Judith A. Heinz; Khaldoun Shobaki; William Rollins; James Hughes |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Yi-Chi Shih | | X | X | James W. Spertus; John Hanusz; Christa L. Wasserman (Culver) | X | | X |

\_\_\_\_ Day <u>COURT TRIAL</u>    22th Day <u>JURY TRIAL</u>    \_\_\_\_ Death Penalty Phase

\_\_\_\_ One day trial;    \_\_\_\_ Begun (1st day);    X Held & continued;    \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.

\_\_\_\_ Opening statements made _____

\_\_\_\_ Witnesses called, sworn and testified.

\_\_\_\_ Exhibits identified    \_\_\_\_ Exhibits admitted

\_\_\_\_ Government rests.    \_\_\_\_ Defendant(s) _____ rest.

\_\_\_\_ Motion for mistrial by _____ is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Motion for judgment of acquittal (FRCrP 29) is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ deferred

\_\_\_\_ Closing arguments made    \_\_\_\_ Court instructs jury    \_\_\_\_ Bailiff sworn

\_\_\_\_ Clerk \_\_\_\_ reviewed \_\_\_\_ admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

\_\_\_\_ Alternates excused    \_\_\_\_ Jury retires to deliberate    X Jury resumes deliberations

\_\_\_\_ Finding by Court as follows:    X Jury Verdict as follows:

Dft # 1    X Guilty on count(s)   1-18    \_\_\_\_ Not Guilty on count(s)

X Jury polled    \_\_\_\_ Polling waived

X Filed Witness & Exhibit lists    X Filed Jury notes    X Filed Jury Instructions    X Filed Jury Verdict

\_\_\_\_ Dft # \_\_\_\_ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

\_\_\_\_ Dft # \_\_\_\_ remanded to custody.    \_\_\_\_ Remand/Release \_\_\_\_ issd.    Dft # \_\_\_\_ released from custody.

\_\_\_\_ Bond exonerated as to Dft # \_\_\_\_

X Case continued to July 2, 2019 at 8:30 am for further trial/further jury deliberation.

X Other: A Status Conference regarding Phase II (forfeiture) of the trial is set for July 1, 2019 at 2:30 pm. Counsel shall confer in an effort to agree on a set of jury instructions and a verdict form. Counsel shall file the agreed upon jury instructions and verdict form by June 28, 2019.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

Phase II of the trial will begin on July 2, 2019. All jurors confirm that they are available.

The Defendant is permitted to remain on bond. He shall appear on July 2, 2019.

**IT IS SO ORDERED.**

                                                        : 45

Initials of Deputy Clerk    ak