FILED
CLERK, U.S. DISTRICT COURT

June 26, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AK___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>YI-CHI SHIH,<br><br>    Defendant. | No. CR 18-00050(B)-JAK<br><br>VERDICT FORM AS TO DEFENDANT YI-CHI SHIH |

**COUNT ONE:**

We, the jury in the above-captioned case, unanimously find defendant Yi-Chi Shih (*check one*):

_____    NOT GUILTY

  ✓     GUILTY

of knowingly and willfully conspiring to export items from the United States to China and to Chengdu Gastone Technology Co., Ltd., without having first obtained the required licenses from the United States Department of Commerce and without filing required Electronic Export Information, as charged in Count One of the Second Superseding Indictment.

**COUNT TWO:**

We, the jury in the above-captioned case, unanimously find defendant Yi-Chi Shih *(check one)*:

_____    NOT GUILTY

✓    GUILTY

of knowingly and willfully causing to be exported, from the United States to China, on or about December 30, 2013, to January 2, 2014, Cree MMIC Amplifiers, without having first obtained a required license from the Department of Commerce, as charged in Count Two of the Second Superseding Indictment.

**COUNT THREE:**

We, the jury in the above-captioned case, unanimously find defendant Yi-Chi Shih (*check one*):

_____    NOT GUILTY

✓    GUILTY

of knowingly and intentionally causing 4 Cree MMICs to be sent from Cree's office to Torrance, California, via FedEx on December 26, 2013, for the purpose of executing a scheme to defraud Cree, as charged in Count Three of the Second Superseding Indictment.

**COUNT FOUR:**

We, the jury in the above-captioned case, unanimously find defendant Yi-Chi Shih (*check one*):

_____          NOT GUILTY

✓          GUILTY

of knowingly and intentionally causing at least one Cree MMIC to be sent from California to Hong Kong via DHL Express on January 2, 2014, for the purpose of executing a scheme to defraud Cree, as charged in Count Four of the Second Superseding Indictment.

**COUNT FIVE:**

We, the jury in the above-captioned case, unanimously find defendant Yi-Chi Shih (*check one*):

_____    NOT GUILTY

✓    GUILTY

of knowingly and intentionally causing four Cree MMICs to be sent from Cree's office to Torrance, California, via FedEx on March 20, 2015, for the purpose of executing a scheme to defraud Cree, as charged in Count Five of the Second Superseding Indictment.

**COUNT SIX**:

We, the jury in the above-captioned case, unanimously find defendant Yi-Chi Shih (*check one*):

_____        NOT GUILTY

✓ \_\_\_\_\_        GUILTY

of knowingly and intentionally causing at least one Cree MMIC to be sent from California to Canada via UPS on April 6, 2015, for the purpose of executing a scheme to defraud Cree, as charged in Count Six of the Second Superseding Indictment.

**COUNT SEVEN:**

We, the jury in the above-captioned case, unanimously find defendant Yi-Chi Shih (*check one*):

_____    NOT GUILTY

✓      GUILTY

of knowingly and intentionally causing a wire transfer of $70,000, from a Morgan Stanley account number ending in -053 to a Cree bank account on December 24, 2013, for the purpose of executing a scheme to defraud Cree, as charged in Count Seven of the Second Superseding Indictment.

**COUNT EIGHT:**

We, the jury in the above-captioned case, unanimously find defendant Yi-Chi Shih (*check one*):

_____      NOT GUILTY

  ✓      GUILTY

of knowingly and intentionally causing a wire transfer of $117,000, from a Morgan Stanley account number ending in -361 to a Cree bank account on December 17, 2014, for the purpose of executing a scheme to defraud Cree, as charged in Count Eight of the Second Superseding Indictment.

**COUNT NINE:**

We, the jury in the above-captioned case, unanimously find defendant Yi-Chi Shih (*check one*):

_____  NOT GUILTY

✓  GUILTY

of conspiring to intentionally access without authorization a protected Cree computer, and thereby obtain information in furtherance of a criminal act in violation of United States laws, namely, the International Emergency Economic Powers Act, mail fraud, or wire fraud as charged in Count Nine of the Second Superseding Indictment.

**COUNT TEN:**

We, the jury in the above-captioned case, unanimously find defendant Yi-Chi Shih (*check one*):

_____         NOT GUILTY

✓           GUILTY

of intentionally aiding and abetting the transfer of $120,000 to a MicroEx bank account in Los Angeles from a JYS Tech bank account in Canada on or about December 12, 2014, with the intent to promote the carrying on of one or more of the following unlawful activities, specifically, violations of Title 18, United States Code, Sections 371 (conspiracy to violate 18 U.S.C. § 1030), 1341 (mail fraud), or 1343 (wire fraud), or Title 50, United States Code, Section 1705 (conspiracy to violate export laws) as charged in Count Ten of the Second Superseding Indictment.

**COUNT ELEVEN:**

We, the jury in the above-captioned case, unanimously find defendant Yi-Chi Shih (*check one*):

_____    NOT GUILTY

✓    GUILTY

of knowingly and willfully making one or more of the following material false statements to the Federal Bureau of Investigation on or about January 19, 2018, as charged in Count Eleven of the Second Superseding Indictment:

- No Cree wafers went to China;
- No Cree wafers went to Hong Kong;
- Defendant Shih was not working on GaN in China.

**COUNT TWELVE:**

We, the jury in the above-captioned case, unanimously find defendant Yi-Chi Shih (*check one*):

_____  NOT GUILTY

✓  GUILTY

of, on or about January 3, 2013, willfully signing a false tax return for the 2011 calendar year, which subsequently was filed with the Internal Revenue Service, in which he underreported his total income, as charged in Count Twelve of the Second Superseding Indictment.

13

**COUNT THIRTEEN:**

We, the jury in the above-captioned case, unanimously find defendant Yi-Chi Shih (*check one*):

    _____    NOT GUILTY

    ✓    GUILTY

of, on or about June 24, 2013, willfully signing a false tax return for the 2012 calendar year, which subsequently was filed with the Internal Revenue Service, in which he underreported his total income, as charged in Count Thirteen of the Second Superseding Indictment.

**COUNT FOURTEEN:**

We, the jury in the above-captioned case, unanimously find defendant Yi-Chi Shih (*check one*):

_____    NOT GUILTY

✓    GUILTY

of, on or about June 14, 2014, willfully signing a false tax return for the 2013 calendar year, which subsequently was filed with the Internal Revenue Service, in which he underreported his ordinary dividends earned, as charged in Count Fourteen of the Second Superseding Indictment.

**COUNT FIFTEEN:**

We, the jury in the above-captioned case, unanimously find defendant Yi-Chi Shih (*check one*):

_____     NOT GUILTY

✓     GUILTY

of, on or about May 6, 2014, willfully and knowingly concealing a material fact which had a duty to report, in a matter within the jurisdiction of the executive branch of the Government of the United States, by submitting to the Department of the Treasury an FBAR, FinCen Form 114, that concealed the fact that, during calendar year 2013, he had a financial interest in, and signature authority over, bank, securities, and other financial accounts at Standard Chartered Bank (Hong Kong) Limited, in Hong Kong, with an aggregate value in excess of $10,000, and that, during calendar year 2013, he had a financial interest in, and signature authority over, a bank, securities, and other financial accounts at the Hong Kong Branch of Coutts & Co., Ltd., in Hong Kong, with an aggregate value in excess of $10,000, as charged in Count Fifteen of the Second Superseding Indictment.

**COUNT SIXTEEN:**

We, the jury in the above-captioned case, unanimously find defendant Yi-Chi Shih (*check one*):

_____     NOT GUILTY

✓     GUILTY

of, on or about June 18, 2015, willfully and knowingly concealing a material fact which he had a duty to report, in a matter within the jurisdiction of the executive branch of the Government of the United States, by submitting to the Department of the Treasury an FBAR, FinCen Form 114, that concealed the fact that, during calendar year 2014, he had a financial interest in, and signature authority over, bank, securities, and other financial accounts at Standard Chartered Bank (Hong Kong) Limited, in Hong Kong, with an aggregate value in excess of $10,000, and that, during calendar year 2014, he had a financial interest in, and signature authority over, a bank, securities, and other financial accounts at the Hong Kong Branch of Coutts & Co., Ltd., in Hong Kong, with an aggregate value in excess of $10,000, as charged in Count Sixteen of the Second Superseding Indictment.

**COUNT SEVENTEEN:**

We, the jury in the above-captioned case, unanimously find defendant Yi-Chi Shih (*check one*):

_____    NOT GUILTY

✓    GUILTY

of, on or about April 9, 2016, willfully and knowingly concealing a material fact which he had a duty to report, in a matter within the jurisdiction of the executive branch of the Government of the United States, by submitting to the Department of the Treasury an FBAR, FinCen Form 114, that concealed the fact that, during calendar year 2015, he had a financial interest in, and signature authority over, bank, securities, and other financial accounts at Standard Chartered Bank (Hong Kong) Limited, in Hong Kong, with an aggregate value in excess of $10,000, as charged in Count Seventeen of the Second Superseding Indictment.

**COUNT EIGHTEEN:**

We, the jury in the above-captioned case, unanimously find defendant Yi-Chi Shih (*check one*):

_____   NOT GUILTY

✓   GUILTY

of, on or about April 12, 2017, willfully and knowingly concealing a material fact which he had a duty to report, in a matter within the jurisdiction of the executive branch of the Government of the United States, by submitting to the Department of the Treasury an FBAR, FinCen Form 114, that concealed the fact that, during calendar year 2016, he had a financial interest in, and signature authority over, bank, securities, and other financial accounts at Standard Chartered Bank (Hong Kong) Limited, in Hong Kong, with an aggregate value in excess of $10,000, as charged in Count Eighteen of the Second Superseding Indictment.

Dated: June 26, 2019
Los Angeles, California

**REDACTED VERDICT FORM AS TO JURY FOREPERSON'S SIGNATURE**